UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

4

Frank Sheffield, Jr.
   Plaintiff,
v.
U.S. Treasury, I.R.S. Washington D.C.
Bureau of Public Debt - Washington
Standard and Poors U.S.A. - New York
U.S. Sec. of State
   Defendant(s).

Case: 2:06-cv-10628
Assigned To : Zatkoff, Lawrence P
Referral Judge: Whalen, R. Steven
Assign. Date : 02/13/2006 11:42AM
Description: IFP FRANK SHEFFIELD V.
US SECRETARY OF STATE ET AL DA

RE: 28 C.F.R. 814.2(b)(1);
MCR 4.101(F)(3); MCL 257.321 a(1)
MSA 9.2021(1)

## COMPLAINT

Plaintiff is being denied - Public Policy and UCC 1-104 and UCC 10-104. These laws are designed to grant rights to full Redemption from any Crime against his person, as his Ens Legis is Corporate Entity with Original Constitutional protection under Policy House Rule Bill 192 and Joint Resolution To Suspend Gold Standard, June 5, 1933 at the 73rd Congressional Assemble.

Plaintiff requested that his Original Birth Certificate served as an "Indemnity" or Remedy to Indemnity and "Right to Reimbursement". This is an inherited Right and verified with the Census Bureau Birth Record

OVER

Plaintiff ask that This Court finds This Person Holder-In-due-Course of his Own Birth Record and that particular right which grants his Financial access To his entire $100 Billion Dollars U.S.D. Guarantee, Trade in Commerce by Those Laws Governing House Rule Bill - HJR-192; Money Order for gold, April 5, 1933 and Rights To Promissory Note to Pay Our Debts, Together with Roosevelt's Executive Order of April 5, 1933.

Plaintiff presented his Original Birth Certificate Record To The U.S. Treasury and asked That They "Accept it for Value" and process $100 Million Adjustment to a U.S. Treasury Acc. Established in his name but was Denied. He requested a Court the Court be Order with a 3 panel Judge To Perform This Service.

Responsible Agencies are:
1. Bureau of Public Debt;
2. U.S. Treasury; and
3. Standard and Poors Utilities
4. U.S. Dept of State - To Verify Redemption Process

Signature of Plaintiff: Frank Shuffield / Frank Shuffield

Street Address: 19494 Rutherford / 20469 Kingsville

City, State, ZIP: Detroit, Michigan / Harper Woods, MI 48205

Telephone Number: 313-333-6627

Date: _____

JS 44 11/99

# CIVIL COVER SHEET

COUNTY IN WHICH THIS ACTION AROSE: _____

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I. (a) PLAINTIFFS
Frank Sheffield Jr

**DEFENDANTS**
U.S. Secretary of State - Wash
U.S. Treasury I.R.S. - Wash
Standard and Poors 10 Offices - N.Y.
Commissioner I.R.S. - Wash

(b) County of Residence of First Listed: Wayne

County of Residence of First Listed: _____

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(C) Attorney's (Firm Name, Address, and Telephone Number)
20469 Kingsville
Harper Woods, MI 48205

Attorneys (If Known)
Office of the Attorney General
Department of Justice
10th & Pennsylvania Ave, NW
Washington, D.C. 20530

United States Attorney
211 W. Fort Street
Suite 2300
Detroit

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

Case: 2:06-cv-10628
Assigned To : Zatkoff, Lawrence P
Referral Judge: Whalen, R. Steven
Assign. Date : 02/13/2006 11:42AM
Description: IFP FRANK SHEFFIELD V. US SECRETARY OF STATE ET AL DA

## IV. NATURE OF SUIT (Place an "X" In One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agric | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury- Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21-881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| [X] 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of Overpayment and Enforcement of Judgment | ☐ 320 Assault Libel And Slander | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine / ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 840 Trademark | [X] 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | [X] 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **SOCIAL SECURITY** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 861 HIA (1395ff) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 862 Black Lung (923) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 863 DIWC/DIWW (405(g)) | [X] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [X] 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 864 SSID Title XVI | |
| [X] 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 865 RSI (405(g)) | ☐ 950 Constitutionality of State Statutes |
| [X] 290 All Other Real Property | | ☐ 550 Civil Rights | **FEDERAL TAX SUITS** | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | | ☐ 871 IRS Third Party 26 USC 7609 | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multi district Litigation
- [ ] 7 Appeal to District Judge from Magistrate

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Administrative Tort Claim - Civil Action

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $100,000,000.00
- CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: Feb 12 2006

SIGNATURE OF ATTORNEY OF RECORD: Frank Sheffield Jr Secured Party Creditor

URSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes: This is a Federal Tort Claim with exhausted Administrative Remedies. Seeking Remedy's of Redemption and Cash Award of $100,000,000.00 USD - Gold Stock - "Accepted for Value"