UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Frank Sheffield, Jr.

v.

Secretary of State of the U.S.
Standard and Poors Utility
IRS General Counsel / Commissioner,
Bureau of Public Debt - Washington

Case: 2:06-cv-10628
Assigned To : Zatkoff, Lawrence P
Referral Judge: Whalen, R. Steven
Assign. Date : 02/13/2006 11:42AM
Description: IFP FRANK SHEFFIELD V.
US SECRETARY OF STATE ET AL DA

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

*For use by incarcerated applicants filing habeas petitions or appeals from the denial or dismissal of habeas petitions or motions under 28 U.S.C. § 2255 and nonprisoners filing civil cases or appeals.*

**THIS APPLICATION IS FOR** (check one):

| **Habeas Action** | **Motion Under 28 U.S.C. § 2255** | **Nonprisoner Action** |
|---|---|---|
| New Case ☐ | Appeal ☐ | New Case ☐ |
| Appeal ☐ | | Appeal ☑ |

I, __Frank Sheffield, Jr.__ declare that I am the:

petitioner ☐
plaintiff ☑
appellant ☐

in the above-entitled proceeding. In support of my request to proceed *in forma pauperis* under 28 U.S.C. § 1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought.

In support of this application, I have provided answers to the following questions.

1. Are you employed? Yes ☑ No ☐

    If your answer is yes, state the amount of your monthly pay and provide the name and address of your employer.
    Salary: $790. Month
    Name of Employer: State of Michigan - Care Giver
    Employer's Address: 269 Dwyer
    Highland Park, MI 48203

Page 1 of 3

2. In the last 12 months, have you received money from any of the following sources?

   a. Business, profession or other self-employment     Yes ☒    No ☐
   b. Rent payments, interest or dividends              Yes ☐    No ☐
   c. Pensions, annuities or life insurance payments    Yes ☐    No ☐
   d. Gifts or inheritances                             Yes ☐    No ☐
   e. Other sources                                     Yes ☐    No ☐

   If you answered yes to any of these questions, state the source of the money and the amount that you received.

   Source: _State of Michigan_
   Amount: _$360.00 2 wks pay_

3. Do you have any money in a:

   a. Prison or jail account     Yes ☐    No ☒
   b. Checking account           Yes ☐    No ☒
   c. Savings account            Yes ☒    No ☐

   If you answered yes, state the total amount.
   Amount: _10.00 m Comerica_

4. Do you own or have any interest in real estate, stocks, bonds, notes, vehicles, or other valuable property or assets (excluding ordinary household furnishings and clothing)?     Yes ☐    No ☒

   If you answered yes, describe the property and state its approximate value.

   Property description: _____   Value: _____
   Property description: _____   Value: _____

5. List the people who are dependent on you for support, state your relationship to each person and how much you contribute to their support.

   Relationship: _None_              Amount: _____
   Relationship: _____             Amount: _____
   Relationship: _____             Amount: _____
   Relationship: _____             Amount: _____

   I declare under penalty of perjury that the foregoing is true and correct.

   Date: _____

   Signature of Applicant and Prisoner No.: _Frank Sh[illegible]_

   Address (including name of institution): _19494 Rutherford  20469 Kingsville_
   _Detroit, MI    Harper Woods, MI 48205_

Page 2 of 3