UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Frank Sheffield, Jr.

Plaintiff,

v.

I.R.S. Commissioner - Washington
Bureau of Public Debt - Washington
Standard and Poors Utility - New York
U.S. State Dept. Sec. - Washington

Defendant(s).

Case: 2:06-cv-10628
Assigned To : Zatkoff, Lawrence P
Referral Judge: Whalen, R. Steven
Assign. Date : 02/13/2006 11:42AM
Description: IFP FRANK SHEFFIELD V.
US SECRETARY OF STATE ET AL DA

## APPLICATION FOR APPOINTMENT OF COUNSEL FINANCIAL AFFIDAVIT

Are you employed?   ☒ Yes   ☐ No

If "yes", give the name and address of employer: Doris Russell - Family Independent Agency
269 Grove St.
Highland Park, MI 48203

How much money do you earn per month?  790.00 Month

If "no", give month and year of last employment: _____

How much money did you earn per month? _____

Have you received within the past 12 months any income from a business, profession or other form of self employment, or in the form of rent payments, interest dividends, retirement or annuity payments or **any other sources**?   ☐ Yes   ☒ No

Amount Received                                    Source

you have any cash on hand or money in a savings or checking account?   ☑ Yes   ☐ No

If "yes", state the total amount: _____10.00_____

Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☑ No

If "yes" give the value and description below:

| Value | Description |
|---|---|
| None | |

Marital Status
  ☐ Single
  ☐ Married
  ☑ Separated/Widowed

Number of Dependants: _____

List persons you actually support and your relationship to them.

List all creditors, including banks, mortgage, and loan companies, charge accounts, etc.;

| Creditors | Total Debt | Monthly Payment |
|---|---|---|
| Sears Mac Comb Mall | $1,500.00 | 23.00 |
| Sprint | 119.00 | 119.00 |

I declare under penalty of perjury that the foregoing is true and correct.

_____          _____
Date                                                                     Signature of applicant