UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK SHEFFIELD JR.,

    Plaintiff,

v.                                        CASE NO. 06-10628
                                          HON. LAWRENCE P. ZATKOFF

SECRETARY OF STATE, ET AL,

    Defendants.

_____/

**JUDGMENT**

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's Opinion and Order dated February 21, 2006, Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

    Dated at Detroit, Michigan, this 21st day of February, 2006.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

                                        BY:    s/Marie E. Verlinde

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE