**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FRANK SHEFFIELD JR.,

                                           CASE NO. 06-10628

    Plaintiff,                         HON. LAWRENCE P. ZATKOFF

v.

SECRETARY OF STATE, ET AL,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter is before the Court on Plaintiff's August 11, 2005 Motion for Rehearing. Pursuant to E.D. MICH. LR 7.1(g)(2), no response is permitted. By his Motion for Rehearing, Plaintiff challenges the Court's June 16, 2005 Opinion and Order dismissing Plaintiff's case.

A motion for rehearing is governed by E.D. MICH. LR 7.1(g)(3), which states, "the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication." The motion "must be filed within 10 days after entry of the judgment or order." *Id.* at 7.1(g)(2). The Court finds that Plaintiff's Motion for Rehearing is not timely, and merely presents the same issues that were already addressed by the Court in its June 16, 2005 Opinion and Order. Therefore, Plaintiff's Motion for Rehearing is HEREBY DENIED.

IT IS SO ORDERED.

                                         s/Lawrence P. Zatkoff
                                         LAWRENCE P. ZATKOFF
                                         UNITED STATES DISTRICT JUDGE

Dated: March 29, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 29, 2006.


s/Marie E. Verlinde
Case Manager
(810) 984-3290